**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION AT LAFAYETTE**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JOHN D. JOHNSON | ) | BANKRUPTCY NO. 08-40882-REG |
| APRIL M. JOHNSON | ) | CHAPTER 7 |
| Debtor(s) | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee and advises that the dividends to the creditor(s) listed below was less than $5.00:

| | | |
|---|---|---|
| 1 | Donald Walker, DDS | $3.14 |
| 2 | Johnson Co. Anes. | $1.45 |

Dated: June 7, 2011

Respectfully Submitted,

/s/ Edward Chosnek
Trustee
P.O. Box 708, Lafayette, Indiana 47902
Telephone: (765) 742-9081
E-mail: trustee@chosneklaw.com

**CERTIFICATE OF SERVICE**

I certify that on the 7th day of June, 2011, service of a true and complete copy of the foregoing Notice Pursuant to F.R.B.P. 3010 was made upon the following either by electronic notice or by depositing the same in the United States Mail in an envelope properly addressed and with sufficient first class postage affixed:

1. U.S. Trustee
2. Thomas J. O'Brien
3. Donald Walker, DDS, Fountain Square Dental, 1122 Shelby St, Indianapolis IN 46203
4. Johnson Co. Anes., c/o CCB, P.O. Box 17400, Indianapolis IN 46217

/s/ Edward Chosnek